CHRISTOPHER J. O'CONNELL, Respondent, *v.* PRESS PUBLISHING COMPANY, Appellant.

Reported below, 155 App. Div. 918.
(Argued June 2, 1913; decided June 10, 1913.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 25, 1913, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action for libel.

The motion was made upon the ground that the appeal was without merit and taken solely for purpose of delay.

*Henry F. Cochrane* for motion.

*Howard Taylor* opposed.

Motion denied, with ten dollars costs.